JERI KAY OWEN, APPELLANT, V. WALTER OWEN, APPELLEE.
412 N.W.2d 82

Filed September 18, 1987. No. 85-820.

George Rhodes, Custer County Attorney, for appellant.

Marsha E. Fangmeyer of Knapp, Mues, Beavers & Luther, for appellee.

BOSLAUGH, C.J., Pro Tem., WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ., and COLWELL, D.J., Retired.

PER CURIAM.

The petitioner, Jeri Kay Owen, appeals the order reducing the child support obligation of the respondent-appellee, Walter Owen. We have, as required in cases of this nature, reviewed the record de novo to determine whether the district court abused its discretion in rendering its order. *Wilson v. Wilson*, 224 Neb. 589, 399 N.W.2d 802 (1987).

We find no such abuse; accordingly, the judgment of the district court is affirmed.

AFFIRMED.